## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:22-CV-00146-JRG-RSP

Plaintiff:
**Decapolis Systems, LLC**

vs.

Defendant:
**MedSys Group, LLC, Tenet Healthcare Corporation, Universal Health Services, Inc., and Tyler Technologies, Inc.**

For:
Garteiser Honea, PLLC
119 W. Ferguson Street
Tyler, TX 75702

Received by Mike Techow on the 18th day of May, 2022 at 1:07 pm to be served on **Universal Health Services, Inc. c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **18th day of May, 2022** at **3:15 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons in a Civil Action and Original Complaint for Patent Infringement** with the date of service endorsed thereon by me, to: **Keneisha Gross, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company** as Authorized Agent at the address of: **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Universal Health Services, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

Subscribed and Sworn to before me on the 19th day of May, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960S

Mike Techow
PSC-1215, Exp. 7/31/2022

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: MST-2022004453
Ref: Decapolis Systems vs. MedSys Group

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i