UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2-22-cv-00146

Name of party requesting extension: Tenet Healthcare Corporation

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 5/18/2022

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 45 days

New Deadline Date: 7/25/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert H. Reckers
State Bar No.: 24039520
Firm Name: Shook, Hardy & Bacon
Address: 600 Travis, Suite 3400
Houston Texas 77002

Phone: 713.546.5626
Fax: 713.227.9508
Email: rreckers@shb.com

A certificate of conference does not need to be filed with this unopposed application.