UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 2-22-cv-00146

Name of party requesting extension: Universal Health Services, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/18/2022

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other 45 days

New Deadline Date: 7/25/2022   *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Robert H. Reckers
State Bar No.: 24039520
Firm Name: Shook, Hardy & Bacon
Address: 600 Travis, Suite 3400
Houston Texas 77002

Phone: 713.546.5626
Fax: 713.227.9508
Email: rreckers@shb.com

A certificate of conference does not need to be filed with this unopposed application.