UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2-22-cv-00146

Name of party requesting extension: Universal Health Services, Inc.

Is this the first application for extension of time in this case?  ☑ Yes

☐ No

If no, please indicate which application this represents:   ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons: 5/18/2022

Number of days requested:   ☑ 30 days

☐ 15 days

☐ Other _____ days

New Deadline Date: 7/8/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert H. Reckers

State Bar No.: 24039520

Firm Name: Shook, Hardy & Bacon

Address: 600 Travis, Suite 3400

Houston Texas 77002

Phone: 713.546.5626

Fax:   713.227.9508

Email: rreckers@shb.com

A certificate of conference does not need to be filed with this unopposed application.