UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-00146-JRG-RSP

Name of party requesting extension: Tenet Healthcare Corporation

Is this the first application for extension of time in this case?   ☐ Yes

☐ No

If no, please indicate which application this represents:   ☑ Second

☐ Third

☐ Other _____

Date of Service of Summons: 05/18/2022

Number of days requested:   ☐ 30 days

☑ 15 days

☐ Other _____ days

New Deadline Date: 07/25/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert H. Reckers

State Bar No.: TX Bar No. 24039520

Firm Name: Shook, Hardy & Bacon L.L.P.

Address: 600 Travis Street, Suite 3400
         Houston, TX 77002

Phone: (713) 227-8008

Fax: (713) 227-9508

Email: rreckers@shb.com

A certificate of conference does not need to be filed with this unopposed application.