UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-00146-JRG-RSP

Name of party requesting extension: Universal Health Services, Inc.

Is this the first application for extension of time in this case?  ☐ Yes  ☐ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 05/18/2022

Number of days requested:  ☐ 30 days  ☑ 15 days  ☐ Other ____ days

New Deadline Date: 07/25/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert H. Reckers
State Bar No.: TX Bar No. 24039520
Firm Name: Shook, Hardy & Bacon L.L.P.
Address: 600 Travis Street, Suite 3400
         Houston, TX 77002

Phone: (713) 227-8008
Fax: (713) 227-9508
Email: rreckers@shb.com

A certificate of conference does not need to be filed with this unopposed application.