UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22cv146-JRG-RSP

Name of party requesting extension: MedSys Group, LLC

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 05/24/2022

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 07/14/2022  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Claire A. Henry

State Bar No.: 24053063

Firm Name: Ward, Smith & Hill, PLLC

Address: 1507 Bill Owens Parkway
Longview, Texas 75604

Phone: (903) 757-6400

Fax:  (903) 757-2323

Email: claire@wsfirm.com

A certificate of conference does not need to be filed with this unopposed application.