Case 2:22-cv-00146-JRG-RSP   Document 18   Filed 06/23/22   Page 1 of 1 PageID #:  56

UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22cv146-JRG-RSP

Name of party requesting extension: MedSys Group, LLC

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents: ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 05/24/2022

Number of days requested: ☐ 30 days  ☑ 15 days  ☐ Other _____ days

New Deadline Date: 07/29/2022  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Claire A. Henry

State Bar No.: 24053063

Firm Name: Ward, Smith & Hill, PLLC

Address: 1507 Bill Owens Parkway
Longview, Texas 75604

Phone: (903) 757-6400

Fax: (903) 757-2323

Email: claire@wsfirm.com

A certificate of conference does not need to be filed with this unopposed application.