IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UNIVERSAL HEALTH SERVICES, INC., AND TYLER TECHNOLOGIES, INC.,<br><br>　　　　　Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT UNIVERSAL HEALTH SERVICES INC.'S UNOPPOSED MOTION TO SUBSTITUTE UHS OF DELAWARE, INC. AS DEFENDANT FOR UNIVERSAL <u>HEALTH SERVICES, INC.</u>**

COMES NOW Defendant Universal Health Services, Inc., in support of its Unopposed Motion to Substitute, stating as follows:

1. Plaintiff's Complaint named Universal Health Services, Inc. as a defendant in the above captioned suit.

2. Counsel for Universal Health Services, Inc. and UHS of Delaware, Inc. informed Plaintiff that UHS of Delaware, Inc. is the property party to the above captioned lawsuit.

3. UHS of Delaware, Inc. has agreed to the substitution of UHS of Delaware, Inc. for Universal Health Services, Inc.

4. Plaintiff has agreed to the substitution of UHS of Delaware, Inc. for Universal Health Services, Inc., and to dismiss Universal Health Services, Inc. without prejudice.

1

Unopposed Motion To Substitute UHS Of Delaware, Inc. As
Defendant For Universal Health Services, Inc.　　　　　　　　　　　　2:22-cv-00146-JRS-RSP

WHEREFORE Defendant Universal Health Services, Inc. requests that this Court enter an order substituting UHS of Delaware, Inc. for Universal Health Services, Inc. and dismissing Universal Health Services, Inc. without prejudice.

Local Rule CV-7(i) Certificate of Conference Statement:

Counsel for Plaintiff and Universal Health Services, Inc. have complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed by Plaintiff Decapolis Systems, LLC.

DATED:   July 1, 2022

Respectfully submitted,

/s/ Robert H. Reckers
Robert H. Reckers (TX Bar No. 24039520)
Email: rreckers@shb.com
Fiona A. Bell (TX Bar No. 24052288)
Email: fbell@shb.com
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Fax: 713-227-9508

*Attorneys For Plaintiff*
*Decapolis Systems, LLC*

2

UNOPPOSED MOTION TO SUBSTITUTE UHS OF DELAWARE, INC. AS
DEFENDANT FOR UNIVERSAL HEALTH SERVICES, INC.                    2:22-CV-00146-JRS-RSP

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 1st day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eric Findlay
efindlay@findlaycraft.com

Randall Garteiser
rgarteiser@ghiplaw.com

Claire Abernathy Henry
claire@wsfirm.com


                                                */s/ Robert H. Reckers*
                                                Robert H. Reckers

UNOPPOSED MOTION TO SUBSTITUTE UHS OF DELAWARE, INC. AS
DEFENDANT FOR UNIVERSAL HEALTH SERVICES, INC.                  2:22-CV-00146-JRS-RSP