IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>Plaintiff,<br>v.<br><br>**MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UNIVERSAL HEALTH SERVICES, INC., AND TYLER TECHNOLOGIES, INC.,**<br><br>Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER TO SUBSTITUTE UHS OF DELAWARE, INC. AS DEFENDANT FOR UNIVERSAL HEALTH SERVICES, INC.**

Now pending before the Court is Defendant Universal Health Services, Inc.'s Unopposed Motion to Substitute UHS of Delaware, Inc. as Defendant for Universal Health Services, Inc. Having considered the Motion, the Court concludes that defendant has established good cause and that the Motion should be GRANTED.

IT IS HEREBY ORDERED that UHS of Delaware, Inc. is substituted for Universal Health Services, Inc., and that Universal Health Services, Inc. is dismissed without prejudice.