# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § Case No. 2:22-cv-00146-JRG-RSP |
| | § |
| MEDSYS GROUP, LLC, TENET | § |
| HEALTHCARE CORORATION, | § |
| UNIVERSAL HEALTH SERVICES, INC., | § |
| and TYLER TECHNOLOGIES, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Unopposed Motion to Substitute UHS of Delaware, Inc. as Defendant for Universal Health Services, Inc. filed by Defendant Universal Health Services, Inc. Dkt. No. 19.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that UHS of Delaware, Inc. is substituted for Defendant Universal Health Services, Inc., which is hereby dismissed without prejudice.

**SIGNED this 10th day of July, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE