# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDSYS GROUP, LLC et al,<br><br>*Defendants*. | CASE NO. 2:22-cv-00146-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Tyler Technologies, Inc. ("Tyler Technologies") files this Notice of Appearance, and hereby notifies the Court that Debby Gunter, of the law firm Findlay Craft, P.C., 102 North College Avenue, Suite 900, Tyler, Texas 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: dgunter@findlaycraft.com has entered this action as counsel for Tyler Technologies.  In connection with this notice, Ms. Gunter requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: July 14, 2022

                                                                   Respectfully submitted,

                                                                   By: */s/ Debby Gunter*
                                                                   Debby Gunter
                                                                   State Bar No. 24012752
                                                                   Findlay Craft, P.C.
                                                                   102 North College Avenue
                                                                   Suite 900
                                                                   Tyler, TX  75702
                                                                   (903) 534-1100
                                                                   (903) 534-1137 FAX
                                                                   dgunter@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Debby Gunter*
Debby Gunter