IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC,<br><br>Plaintiff,<br>v.<br><br>MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Tenet Healthcare Corporation ("Tenet") and UHS of Delaware, Inc. ("UHS") file this Notice of Appearance, and hereby notify the Court that Andrew Long, of the law firm Shook, Hardy & Bacon, LLP, 600 Travis St #3400, Houston, TX 77002, Telephone (713) 227-8008, Fax (713) 227-9508, E-mail: amlong@shb.com has entered this action as counsel for Tenet and UHS. In connection with this notice, Andrew Long requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

DATED: July 18, 2022         Respectfully submitted,

*/s/ Andrew M. Long*
Andrew M. Long (TX Bar No. 24123079)
Email: amlong@shb.com
Robert H. Reckers (TX Bar No. 24039520)
Email: rreckers@shb.com
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Fax: 713-227-9508

*Attorneys For Defendant*
*UHS of Delaware, Inc. and*
*Tenet Healthcare Corporation*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 18th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eric Findlay
efindlay@findlaycraft.com

Randall Garteiser
rgarteiser@ghiplaw.com

Claire Abernathy Henry
claire@wsfirm.com

Debra Elaine Gunter
dgunter@findlaycraft.com

*/s/ Andrew M. Long*
Andrew M. Long