UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MedSys Group, LLC, Tenet Healthcare Corporation, Universal Health Services, Inc., and Tyler Technologies, Inc.,**<br><br>    Defendants. | **Case No. 2:22-cv-00146**<br><br>**Jury Trial Demanded** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF TYLER TECHNOLOGIES, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Decapolis Systems, LLC respectfully submits this notice of voluntary dismissal WITHOUT PREJUDICE of only Defendant Tyler Technologies, Inc.

July 21, 2022

/s/ Randall Garteiser
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702

**ATTORNEY FOR PLAINTIFF**