# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC, § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:22-CV-00146-JRG-RSP § MEDSYS GROUP, LLC, TENET § HEALTHCARE CORPORATION, TYLER § TECHNOLOGIES, INC., UHS OF § DELAWARE, INC., § § *Defendants*. § | |

## ORDER

Before the Court is the Notice of Dismissal Without Prejudice of Tyler Technologies, Inc. (the "Notice") filed by Plaintiff Decapolis Systems, LLC ("Plaintiff"). (Dkt. No. 23.) In the Notice, Plaintiff voluntarily dismisses the claims and causes of action against Defendant Tyler Technologies, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B). (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case with respect to Defendant Tyler Technologies, Inc. are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The above-captioned case is to remain **OPEN** in light of the remaining parties and claims.

**So ORDERED and SIGNED this 22nd day of July, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE