IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>    Plaintiff,<br>    v.<br><br>**MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UNIVERSAL HEALTH SERVICES, INC., AND TYLER TECHNOLOGIES, INC.,**<br><br>    Defendants. | Civil Action No. 2:22-cv-146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**TENET HEALTHCARE CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Tenet Healthcare Corporation files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Defendant Tenet Healthcare Corporation, a Nevada corporation, is a publically held corporation with no parent corporation.

BlackRock Inc., which is a publicly held corporation, owns ten (10%) percent or more of Tenet Healthcare Corporation stock.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  July 25, 2022 | */s/  Andrew M. Long* <br> Andrew M. Long (TX Bar No. 24123079) <br> Email:  amlong@shb.com <br> Robert H. Reckers (TX Bar No. 24039520) <br> Email:  rreckers@shb.com <br> **SHOOK, HARDY & BACON L.L.P.** <br> 600 Travis Street, Suite 3400 <br> Houston, TX 77002 <br> (713) 227-8008 <br> Fax: 713-227-9508 <br><br> *Counsel for Defendant* <br> *Tenet Healthcare Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randall T. Garteiser
Email: rgarteiser@ghiplaw.com

Claire Abernathy Henry
Email: clair@wsfirm.com


/s/ Andrew M. Long
Andrew M. Long