IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:22-cv-146-JRG-RSP |
| **MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

**UHS OF DELAWARE, INC.**
**CORPORATE DISCLOSURE STATEMENT**

Defendant UHS of Delaware, Inc. files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Defendant UHS of Delaware, Inc. is a wholly owned subsidiary of Universal Health Services, Inc., a publically held corporation with no parent corporation.

No publicly held corporation owns ten (10%) percent or more of Universal Health Services, Inc. stock.

                                                                            Respectfully submitted,

Dated:  July 25, 2022                       */s/  Andrew M. Long*

                                                                            Andrew M. Long (TX Bar No. 24123079)
                                                                             Email:  amlong@shb.com
                                                                             Robert H. Reckers (TX Bar No. 24039520)
                                                                             Email:  rreckers@shb.com
                                                                             **SHOOK, HARDY & BACON L.L.P.**
                                                                             600 Travis Street, Suite 3400
                                                                             Houston, TX 77002
                                                                             (713) 227-8008
                                                                             Fax: 713-227-9508

                                                                             ***Counsel for Defendant***
                                                                             ***UHS of Delaware, Inc.***

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 25th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Randall T. Garteiser
  Email: rgarteiser@ghiplaw.com

  Claire Abernathy Henry
  Email: clair@wsfirm.com

                /s/ *Andrew M. Long*
                  Andrew M. Long