# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**  Plaintiff,  v.  **MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,**  Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP  **JURY TRIAL DEMANDED** |

## JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DOCKET CONTROL ORDER AND PROPOSED DISCOVERY ORDER

The above-captioned parties respectfully request a one week extension of time to file a Proposed Docket Control Order and a Proposed Discovery Order. The Court's July 19, 2022 Order (Dkt. 11) set August 2, 2022 as the deadline for the filing of these Orders. The parties have been conferring in good faith on these proposed Orders, and believe an additional week will provide the time necessary to determine whether the present issues can be resolved without the need for Court intervention. The parties have conferred on this motion, and jointly agreed to its submission. The parties therefore respectfully request that the deadline for submitting a Proposed Docket Control Order and Proposed Discovery Order be extended up to and including August 9, 2022.

Dated:  August 2, 2022

Respectfully submitted,

*/s/ Randall Garteiser*
Randall Garteiser (TX Bar No. 24038912)
Email: rgarteiser@ghiplaw.com
**GARTEISER HONED, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
Fax: (903) 405-3999

*Attorney for Plaintiff*

*/s/ Fiona A. Bell*
Fiona A. Bell (TX Bar No. 24052288)
Email: fbell@shb.com
Robert H. Reckers (TX Bar No. 24039520)
Email: rreckers@shb.com
Andrew M. Long (TX Bar No. 24123079)
Email:  amlong@shb.com
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Fax: (713) 227-9508

*Attorneys For Defendant*
*UHS of Delaware, Inc. and*
*Tenet Healthcare Corporation*

*/s/ Claire A. Henry*
Claire A. Henry (TX Bar No. 24053063)
Email: claire@wsfirm.com
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
Fax: (903) 757-2323

*Attorney for Defendant MedSys Group, LLC*

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that (1) counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and (2) the motion is unopposed.

*/s/ Fiona A. Bell*
Fiona A. Bell

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 2nd day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randall Garteiser
rgarteiser@ghiplaw.com

Claire Abernathy Henry
claire@wsfirm.com

                                                              */s/ Fiona A. Bell*
                                                                    Fiona A. Bell