**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>Plaintiff,<br>v.<br><br>**MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,**<br><br>Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE PROPOSED DOCKET CONTROL ORDER AND
PROPOSED DISCOVERY ORDER**

On this day came to be considered the parties' Joint Unopposed Motion for Extension of Time to File Proposed Docket Control Order and Proposed Discovery Order. The Court is of the opinion that good cause has been shown and the motion should be **GRANTED**. It is therefore,

**ORDERED** that the Motion be granted and that the parties be given up to and including August 9, 2022, to file a Proposed Docket Control Order and a Proposed Discovery Order.

IT IS SO ORDERED.