IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC, | § § § |
| *Plaintiff*, | § § |
| v. | §  Case No. 2:22-cv-00146-JRG-RSP |
| | § § |
| MEDSYS GROUP, LLC, TENET HEALTHCARE CORORATION, UNIVERSAL HEALTH SERVICES, INC., and TYLER TECHNOLOGIES, INC., | § § § § § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Unopposed Motion for Extension of Time to File Proposed Docket Control Order and Proposed Discovery Order. Dkt. No. 32.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline to file a Proposed Docket Control Order and a Proposed Discovery Order is extended to August 9, 2022.

**SIGNED this 3rd day of August, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE