IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,** <br><br> Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER

The above-captioned parties respectfully request a one week extension of time to file a Proposed Protective Order. The Court's July 19, 2022 Order (Dkt. 11) set August 9, 2022 as the deadline for the filing of the Protective Order. The parties have been conferring in good faith on the Protective Order, and believe an additional week will provide the time necessary to determine whether the present issues can be resolved without the need for Court intervention. The parties have conferred on this motion, and jointly agreed to its submission. The parties therefore respectfully request that the deadline for submitting a Proposed Protective Order be extended up to and including August 16, 2022.

Dated:  August 9, 2022

Respectfully submitted,

*/s/ Randall Garteiser by permission Claire Henry*
Randall Garteiser (TX Bar No. 24038912)
Email: rgarteiser@ghiplaw.com
**GARTEISER HONED, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
Fax: (903) 405-3999

*Attorney for Plaintiff*

*/s/ Fiona A. Bell by permission Claire Henr*
Fiona A. Bell (TX Bar No. 24052288)
Email: fbell@shb.com
Robert H. Reckers (TX Bar No. 24039520)
Email: rreckers@shb.com
Andrew M. Long (TX Bar No. 24123079)
Email:  amlong@shb.com
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Fax: (713) 227-9508

*Attorneys For Defendant*
*UHS of Delaware, Inc. and*
*Tenet Healthcare Corporation*

*/s/ Claire A. Henry*
Claire A. Henry (TX Bar No. 24053063)
Email: claire@wsfirm.com
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
Fax: (903) 757-2323

*Attorney for Defendant MedSys Group, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that the motion is fully agreed and filed jointly.

*/s/ Claire A. Henry*
Claire A. Henry

-3-

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 9th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Claire A. Henry*
Claire A. Henry