**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,**<br><br>Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

The Court, having considered the Joint Motion for Extension of time to file a proposed Protective Order, hereby GRANTS the Motion.

It is therefore ORDERED that the deadline for the Parties to submit a proposed Protective Order is extended until and including August 16, 2022.