-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,**<br><br>Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER AND DISCOVERY ORDER

The above-captioned parties respectfully submit the attached fully agreed Docket Control Order and Discovery Order for the Court's consideration and signature.

The proposed orders are attached hereto.

-1-

Dated:  August 9, 2022

Respectfully submitted,

<u>/s/ Randall Garteiser by permission Claire Henry</u>
Randall Garteiser (TX Bar No. 24038912)
Email: rgarteiser@ghiplaw.com
**GARTEISER HONED, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
Fax: (903) 405-3999

***Attorney for Plaintiff***

<u>/s/ Fiona A. Bell by permission Claire Henr</u>
Fiona A. Bell (TX Bar No. 24052288)
Email: fbell@shb.com
Robert H. Reckers (TX Bar No. 24039520)
Email: rreckers@shb.com
Andrew M. Long (TX Bar No. 24123079)
Email:  amlong@shb.com
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Fax: (713) 227-9508

***Attorneys For Defendant***
***UHS of Delaware, Inc. and***
***Tenet Healthcare Corporation***

<u>/s/ Claire A. Henry</u>
Claire A. Henry (TX Bar No. 24053063)
Email: claire@wsfirm.com
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
Fax: (903) 757-2323

***Attorney for Defendant MedSys Group, LLC***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that the motion is fully agreed and filed jointly.

<u>/s/ Claire A. Henry</u>
Claire A. Henry

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 9th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Claire A. Henry*
Claire A. Henry