IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:22-cv-00146-JRG-RSP |
| § | |
| MEDSYS GROUP, LLC, TENET § | |
| HEALTHCARE CORORATION, § | |
| UNIVERSAL HEALTH SERVICES, INC., § | |
| and TYLER TECHNOLOGIES, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Protective Order. Dkt. No. 34.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline to file a Proposed Protective Order is extended to August 16, 2022.

**SIGNED this 11th day of August, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE