IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,** <br><br> Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INITIAL AND ADDITIONAL DISCLOSURES

Defendant, Medsys Group, LLC ("Medsys") files this Unopposed Motion to extend the deadline to serve its Initial Disclosures and Additional Disclosures.

Pursuant to the Court's Docket Control Order, docket entry 38, the deadline for Medsys to serve its Initial and Additional Disclosures currently is August 16, 2022. Defendant Medsys respectfully requests that the Court enter an Order to extend its deadline to serve its Initial and Additional Disclosures to Plaintiff until and including August 30, 2022. This extension applies only to Defendant Medsys and does not alter the deadline for any other party. Plaintiff does not oppose this extension.

A proposed Amended Docket Control Order is submitted herewith.

Respectfully submitted,

*/s/ Claire A. Henry*
Claire A. Henry (TX Bar No. 24053063)
Email: claire@wsfirm.com
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
Fax: (903) 757-2323

***Attorney for Defendant MedSys Group, LLC***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that the motion is fully unopposed.

*/s/ Claire A. Henry*
Claire A. Henry

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 16th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Claire A. Henry*
Claire A. Henry