# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC.,** <br><br> Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT UNOPPOSED MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER

Plaintiff Decapolis Systems, LLC and Defendants Medsys Group, LLC, Tenet Healthcare Corporation, and UHS of Delaware, Inc., respectfully submit the attached Agreed Protective Order.

-2-

Dated: August 16, 2022

Respectfully submitted,

*/s/ Randall Garteiser*
Randall Garteiser (TX Bar No. 24038912)
Email: rgarteiser@ghiplaw.com
**GARTEISER HONED, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
(903) 705-7420
Fax: (903) 405-3999

*Attorney for Plaintiff*

*/s/ Fiona A. Bell*
Fiona A. Bell (TX Bar No. 24052288)
Email: fbell@shb.com
Robert H. Reckers (TX Bar No. 24039520)
Email: rreckers@shb.com
Andrew M. Long (TX Bar No. 24123079)
Email: amlong@shb.com
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Fax: (713) 227-9508

*Attorneys For Defendant*
*UHS of Delaware, Inc. and*
*Tenet Healthcare Corporation*

*/s/ Claire A. Henry*
Claire A. Henry (TX Bar No. 24053063)
Email: claire@wsfirm.com
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
Fax: (903) 757-2323

*Attorney for Defendant MedSys Group, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that (1) counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and (2) the motion is unopposed.

*/s/ Fiona A. Bell*
Fiona A. Bell

-3-

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 16th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Fiona A. Bell*
Fiona A. Bell