IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00146-JRG-RSP |
| | § | |
| MEDSYS GROUP, LLC, TENET | § | |
| HEALTHCARE CORORATION, | § | |
| UNIVERSAL HEALTH SERVICES, INC., | § | |
| and TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Serve Initial and Additional Disclosures filed by Defendant Medsys Group, LLC. Dkt. No. 39. Medsys moves the Court to extend its deadline to serve its Initial and Additional Disclosures to Plaintiff.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline to serve its Initial and Additional Disclosures to Plaintiff is extended to August 30, 2022.

**SIGNED this 17th day of August, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE