IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>Plaintiff,<br>v.<br><br>**MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, and UHS OF DELAWARE, INC.,**<br><br>Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO SERVE INITIAL AND ADDITIONAL DISCLOSURES**

Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc., ("Defendants") file this Unopposed Motion for Extension of Time to serve their Initial Disclosures and Additional Disclosures.

Pursuant to the Court's Docket Control Order (Dkt. No. 38) the deadline for Defendants to serve their Initial and Additional Disclosures is currently August 16, 2022. Defendants respectfully request that the Court enter an Order to extend this deadline to and including August 24, 2022. This extension applies to Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc. alone and does not alter the deadline for any other party. Plaintiff does not oppose this extension.

A proposed Amended Docket Control Order is submitted herewith.

-2-

Dated:  August 17, 2022

Respectfully submitted,

*/s/ Fiona A. Bell*
Fiona A. Bell (TX Bar No. 24052288)
Email: fbell@shb.com
Robert H. Reckers (TX Bar No. 24039520)
Email: rreckers@shb.com
Andrew M. Long (TX Bar No. 24123079)
Email:  amlong@shb.com
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Fax: (713) 227-9508

***Attorneys For Defendant***
***UHS of Delaware, Inc. and***
***Tenet Healthcare Corporation***

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), I hereby certify that (1) counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and (2) the motion is unopposed.

*/s/ Fiona A. Bell*
Fiona A. Bell

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-7, I hereby certify that on the 17th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              */s/ Fiona A. Bell*
                                              Fiona A. Bell