**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, and UHS OF DELAWARE, INC.,**<br><br>Defendants. | Civil Action No. 2:22-cv-00146-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO SERVE INITIAL AND ADDITIONAL DISCLOSURES**

Before the Court is the Unopposed Motion for Extension of Time to Serve Initial and Additional Disclosures filed by Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc. (hereinafter, "Defendants"). Defendants move the Court to extend the deadline to serve their Initial and Additional Disclosures to August 24, 2022.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Tenet Healthcare Corporation and UHS of Delaware, Inc. to serve their Initial and Additional Disclosures is August 24, 2022.