-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:22-cv-00146-JRG-RSP |
| **MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Decapolis Systems, LLC ("Decapolis"), Plaintiff, and MedSys Group, LLC ("MedSys"), Defendant, (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that all matters in controversy between Decapolis and MedSys have been settled, in principle, and jointly move for entry of an Order staying the case.

The Parties have executed final settlement documents and are awaiting payment. Thus, the Parties request that the Court stay all deadlines with respect to Defendant MedSys for 30 days to allow time for payment before filing appropriate dismissal papers.

Dated:  August 22, 2022

|  |  |
|---|---|
| | Respectfully submitted, |
| */s/ Christopher A. Honea by permission Claire Henry* | */s/ Claire A. Henry* |
| M. Scott Fuller | Claire A. Henry |
| Texas Bar No. 24036607 | Texas Bar No. 24053063 |
| sfuller@ghiplaw.com | Email: claire@wsfirm.com |
| Randall Garteiser | **Ward, Smith & Hill, PLLC** |
| Texas Bar No. 24038912 | 1507 Bill Owens Parkway |
| rgarteiser@ghiplaw.com | Longview, Texas 75604 |
| Christopher A. Honea | (903) 757-6400 |
| Texas Bar No. 24059967 | Fax: (903) 757-2323 |
| chonea@ghiplaw.com | |
| René A. Vazquez | ***Attorney for Defendant MedSys Group, LLC*** |
| Virginia Bar No. 41988 | |
| rvazquez@ghiplaw.com | |
| **GARTEISER HONEA, PLLC** | |
| 119 W. Ferguson Street | |
| Tyler, Texas 75702 | |
| Telephone: (903) 705-7420 | |
| Facsimile: (903) 405-3999 | |

***Attorney for Plaintiff***

# CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that the motion is fully agreed and filed jointly.

                                                                             */s/ Claire A. Henry*
                                                                               Claire A. Henry

-3-

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on the 22nd day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

>                             */s/ Claire A. Henry*
>                                Claire A. Henry