# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DECAPOLIS SYSTEMS, LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:22-cv-00146-JRG-RSP |
| **MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, UHS OF DELAWARE, INC., AND TYLER TECHNOLOGIES, INC.,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement (the "Motion"). In the Motion, Defendant MedSys Group, LLC ("MedSys") and Plaintiff Decapolis Systems, LLC ("Decapolis") (collectively, the "Parties") request that the Court stay all deadlines between the Parties for thirty (30) days because all matters in controversy between the Parties have been settled in principle.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all deadlines between MedSys and Decapolis are **STAYED** for thirty (30) days, during which time appropriate dismissal papers are to be filed with the Court.