IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | Case No. 2:22-cv-00146-JRG-RSP |
| MEDSYS GROUP, LLC, TENET HEALTHCARE CORORATION, UNIVERSAL HEALTH SERVICES, INC., and TYLER TECHNOLOGIES, INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement with respect to Defendant MedSys Group, LLC filed by Plaintiff Decapolis Systems, LLC and MedSys. (Dkt. No. 45.) After consideration, the Court **GRANTS** the Parties Joint Motion. IT IS THEREFORE **ORDERED** that all unreached deadlines with respect to Defendant MedSys in this matter are hereby stayed for 30 days to allow the Parties to submit dismissal papers.

**SIGNED this 23rd day of August, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE