UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>**MedSys Group, LLC,**<br><br>　　　　　Defendant | Case No. 2:22-cv-00146-JRG-RSP |

**STIPULATED MOTION FOR DISMISSAL WITH PREDUDICE**

　　Plaintiff Decapolis Systems, LLC and MedSys Group, LLC hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of an Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: September 2, 2022　　　　　　　　　Respectfully Submitted,

*/s/ Randall Garteiser*　　　　　　　　　　　/s/ Claire Henry
Randall Garteiser　　　　　　　　　　　　　Claire Abernathy Henry
Texas Bar No. 24038912　　　　　　　　　　Texas Bar No. 24053063
rgarteiser@ghiplaw.com　　　　　　　　　　claire@wsfirm.com
Christopher Honea　　　　　　　　　　　　**WARD, SMITH & HILL, PLLC**
Texas Bar No. 24059967　　　　　　　　　　1507 Bill Owens Parkway
chonea@ghiplaw.com　　　　　　　　　　　Longview, TX 75604
　　　　　　　　　　　　　　　　　　　　　903-757-6400
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street　　　　　　　　　　**ATTORNEY FOR MEDSYS GROUP, LLC**
Tyler, Texas 75702
(903) 705-7420

**ATTORNEYS FOR DECAPOLIS SYSTEMS, LLC**