**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00146-JRG-RSP |
| | § | |
| MEDSYS GROUP, LLC, TENET | § | |
| HEALTHCARE CORORATION, | § | |
| UNIVERSAL HEALTH SERVICES, INC., | § | |
| and TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Decapolis Systems, LLC and Defendant MedSys Group, LLC. (Dkt. No. 47.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action between Decapolis and MedSys in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

## So Ordered this

**Sep 6, 2022**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE