IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, AND UHS OF DELAWARE, INC.<br><br>　　　　　Defendants. | Case No. 2:22-cv-00146-JRG-RSP |

## AGREED MOTION TO STAY

Plaintiff Decapolis Systems, LLC and Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc. hereby notify the Court that the parties have come to a settlement on all matters in controversy in the above-captioned action. Accordingly, the parties jointly move the Court to stay any and all deadlines in this action until and including November 16, 2022 in order to file appropriate dismissal papers.  A proposed order is submitted herewith.

Dated: November 1, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Fiona A. Bell
　　　　　　　　　　　　　　　　　　　Fiona A. Bell (TX Bar No. 24052288)
　　　　　　　　　　　　　　　　　　　Email: fbell@shb.com
　　　　　　　　　　　　　　　　　　　Robert H. Reckers (TX Bar No. 24039520)
　　　　　　　　　　　　　　　　　　　Email: rreckers@shb.com
　　　　　　　　　　　　　　　　　　　Andrew M. Long (TX Bar No. 24123079)
　　　　　　　　　　　　　　　　　　　Email: amlong@shb.com
　　　　　　　　　　　　　　　　　　　**SHOOK, HARDY & BACON L.L.P.**
　　　　　　　　　　　　　　　　　　　600 Travis St., Ste. 3400
　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　Tele: (713) 227-8008/ Fax: 713-227-9508

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 28, 2022, Defendants' counsel conferred in good faith with counsel for Plaintiff regarding the substantive matters presented in this motion. Plaintiff's counsel agreed to the submission of this motion.

                                       */s/ Fiona A. Bell*
                                       Fiona A. Bell

                                       *Attorney for Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Randall Garteiser
rgarteiser@shiplaw.com

                                       */s/ Fiona A. Bell*
                                       Fiona A. Bell

                                       *Attorney for Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc.*