IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDSYS GROUP, LLC, TENET HEALTHCARE CORPORATION, AND UHS OF DELAWARE, INC.<br><br>    Defendants. | Case No. 2:22-cv-00146-JRG-RSP |

**ORDER GRANTING AGREED MOTION TO STAY**

Before the Court is the parties' Agreed Motion to Stay. Having fully considered the Motion, the Court is of the opinion that the Motion should be granted.

The above-captioned case is HEREBY STAYED until and including November 16, 2022.

IT IS SO ORDERED this _____ day of _____, 2022

_____
RODNEY GILSTRAP
United States District Judge

1