IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | Case No. 2:22-cv-00146-JRG-RSP |
| MEDSYS GROUP, LLC, TENET HEALTHCARE CORORATION, UNIVERSAL HEALTH SERVICES, INC., and TYLER TECHNOLOGIES, INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court with notice of settlement is the Agreed Motion to Stay filed by Defendants Tenet Healthcare Corporation and UHS of Delaware, Inc. **Dkt. No. 49**. The parties have come to a settlement on all matters in controversy in the above-captioned action.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that all unreached deadlines in the above-captioned action are hereby **STAYED** until November 16, 2022 to allow the parties to file dismissal papers.

**SIGNED this 2nd day of November, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE