# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**Tenet Healthcare Corporation and UHS of Delaware, Inc.,**<br><br>Defendants | Case No. 2:22-cv-146-JRG-RSP |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Decapolis Systems, LLC and Tenet Healthcare Corporation hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of an Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ Randall Garteiser* | */s/ Fiona A. Bell* |
| Randall Garteiser | Fiona A. Bell (TX Bar No. 24052288) |
| Texas Bar No. 24038912 | fbell@shb.com |
| rgarteiser@ghiplaw.com | Robert H. Reckers (TX Bar No. 24039520) |
| | rreckers@shb.com |
| GARTEISER HONEA, PLLC | Andrew M. Long (TX Bar No. 24123079) |
| 119 W. Ferguson Street | amlong@shb.com |
| Tyler, Texas 75702 | |
| Telephone: (903) 705-7420 | SHOOK, HARDY, & BACON LLP |
| Facsimile: (903) 405-3999 | 600 Travis St., Suite 3400 |
| | Houston, TX 77002-2926 |
| **ATTORNEYS FOR PLAINTIFF** | Tel: 713-227-8008 / Fax: 713-227-9508 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |