UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Decapolis Systems, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**Tenet Healthcare Corporation and UHS of Delaware, Inc.,**<br><br>Defendant | Case No. 6:22-cv-146-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by Plaintiff Decapolis Systems, LLC against Tenet Healthcare Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant and all counterclaims asserted by Defendant against Plaintiff are hereby dismissed with prejudice, subject to the terms of the Agreement between the parties.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

_____
UNITED STATES DISTRICT JUDGE