IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DECAPOLIS SYSTEMS, LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> MEDSYS GROUP, LLC, TENET § <br> HEALTHCARE CORORATION, § <br> UNIVERSAL HEALTH SERVICES, INC., § <br> and TYLER TECHNOLOGIES, INC., § <br> § <br> *Defendants.* § | Case No. 2:22-cv-00146-JRG-RSP |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Decapolis Systems, LLC and Defendant Tenet Healthcare Corporation. **Dkt. No. 51**. In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all claims asserted in this suit by Decapolis Systems against Tenet Healthcare and all counterclaims asserted by Tenet Healthcare against Decapolis Systems in the above-captioned case are **DISMISSED WITH PREJUDICE**, subject to terms of the Agreement between the parties. All pending requests for relief in the above-captioned case between Decapolis Systems and Tenet Healthcare not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So Ordered this**
**Nov 14, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE