IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DECAPOLIS SYSTEMS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00146-JRG-RSP |
| | § | |
| MEDSYS GROUP, LLC, TENET HEALTHCARE CORORATION, UNIVERSAL HEALTH SERVICES, INC., and TYLER TECHNOLOGIES, INC., | § § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Decapolis Systems, LLC and Defendant UHS of Delaware, Inc. **Dkt. No. 52**. In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all claims asserted in this suit by Decapolis Systems against UHS of Delaware and all counterclaims asserted by UHS of Delaware against Decapolis Systems in the above-captioned case are **DISMISSED WITH PREJUDICE**, subject to terms of the Agreement between the parties. All pending requests for relief in the above-captioned case between Decapolis Systems and UHS of Delaware not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case as no Defendants remain.

**So Ordered this**

**Nov 14, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE