AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Eastern District of Texas___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:22-cv-00146 | DATE FILED<br>5/12/2022 | U.S. DISTRICT COURT<br>for the Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>Decapolis Systems, LLC | | DEFENDANT<br>MedSys Group, LLC et alPLLC, |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,490,048 | 2/10/2009 | Decapolis Systems LLC |
| 2 | 7,464,040B2 | 12/9/2008 | Decapolis Systems LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| In light of the Stipulation, which the Court ACCEPTS AND ACKNOWLEDGES, and pursuant to Rule 41(a)(1)(A)(ii), all claims asserted in this suit by Decapolis Systems against UHS of Delaware and all counterclaims asserted by UHS of Delaware against Decapolis Systems in the above-captioned case are DISMISSED WITH PREJUDICE, subject to terms of the Agreement between the parties. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| *David A. O'Toole* | nkl | 11/15/22 |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

[ Print ]   [ Save As... ]   [ Reset ]